The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TREVOR JONES,<br><br>  Defendant. | No. CR11-120-JCC-23<br><br>[~~PROPOSED~~]<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendant TREVOR JONES.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendant are dismissed, without prejudice.

The outstanding warrant in the above-captioned case shall be quashed.

DATED this 21st day of May 2024.

_____
JOHN C. COUGHENOUR
United States District Judge

Order of Dismissal -- 1
*United States v. Jones,* CR11-120JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  *s/ Vincent T. Lombardi*
3  VINCENT T. LOMBARDI
   Assistant United States Attorney
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal -- 2
*United States v. Jones,* CR11-120JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970